UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Keefe, Bruyette & Woods, Inc.

Plaintiff,

-v-

Philadelphia Stock Exchange, Inc.

Defendant.

JUDGE PRESKA

08 CV 1163

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff Keefe, Bruyette & Woods, Inc.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

FEB 0 5 2008
U.S.D.C. S.D. N.Y.
CASHIERS

The nongovernmental corporate party, Keefe, Bruyette & Woods, Inc., plaintiff in the above-captioned action, is 100%-owned by its parent corporation, KBW, Inc.

**Date:** February 5, 2008

_____
Signature of Attorney

**Attorney Bar Code:** EL 7677