UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEEFE, BRUYETTE & WOODS, INC.,                Case No. 08-CV-1163

            Plaintiff,
  -against-                                                         **AFFIDAVIT OF SERVICE**

PHILADELPHIA STOCK EXCHANGE, INC.,

            Defendant.
------------------------------------------------------------X
STATE OF PENNSYLVANIA    )

COUNTY OF PHILADELPHIA  )

    JOSEH J MORRIN, being duly sworn, deposes and says that he/she is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 6th day of February, 2008, at approximately 1:30 a.m./p.m., deponent served a true copy of the **Summons, Complaint, Rule 7.1 Statement, Rules and Procedures of Court, Judge's Rules and Magistrate's Rules** upon the Philadelphia Stock Exchange, Inc. at 1900 Market Street, Philadelphia, PA 19103-3584 by personally delivering and leaving the same with Scott Donnini who stated that he/she hold the position of Associated Counsel and is authorized to accept service.

    MR. DONNINI is a Caucasian male/female, approximately 40 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 185 pounds, with Black hair.

Sworn to before me this
6th day of February, 2008

_____
NOTARY PUBLIC

_____
PROCESS SERVER
JOSEPH J MORRIN

NOTARIAL SEAL
PATRICIA MORRIN
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Nov 9, 2010