IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Keefe, Bruyette & Woods, Inc., :
:
    Plaintiff, :
:
v. : Case No. 08-CV-1163
: (LAP)
Philadelphia Stock Exchange, Inc., :
:
    Defendant. :

**MOTION TO ARGUE OR TRY AS COUNSEL
IN THE SOUTHERN DISTRICT OF NEW YORK**

Pursuant to Southern District of New York Local Rule 1.3(c), the undersigned move this Court for an order permitting Stephen J. Kastenberg, Esq., Michael I. White, Esq. and Jonathan Schmidt, Esq. to argue or try the above-captioned case, in whole or in part, as counsel or advocate. Concurrently, we are filing with the Clerk of the District Court originals of certificates from the Pennsylvania Supreme Court certifying that each of these applicants is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of each of these certificates is attached to this motion.

Dated: February 22, 2008

                    /s/ Jonathan T. Schmidt
                    Stephen J. Kastenberg
                    Michael I. White
                    Jonathan T. Schmidt
                    PA Bar: 70919, 203674, and 203349
                    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                    1735 Market Street, 51st Floor
                    Philadelphia, Pennsylvania 19103-7599
                    215.665.8500
                    Attorneys for Defendant, Philadelphia Stock
                    Exchange, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I cause a true correct copies of Defendant's Motion to Argue or Try as Counsel in the Southern District of New York to be served on the following counsel via U.S Mail, postage prepaid:

Eric R. Levine
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212) 752-1000
Fax: (212)-355-4608
Email: elevine@eisemanlevine.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Jonathan Casillo Marquet
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212)-752-1000
Fax: (212)-355-4608
Email: jmarquet@ellklaw.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

DATED:   February 22, 2008

*/s/ Jonathan T. Schmidt*
Jonathan T. Schmidt



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Stephen J. Kastenberg, Esq.*

DATE OF ADMISSION

*December 17, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 19, 2008

Patricia A. Johnson
Chief Clerk



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jonathan Thomas Schmidt, Esq.*

DATE OF ADMISSION

*January 22, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 19, 2008

Patricia A. Johnson
Chief Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michael Ian White, Esq.

#### DATE OF ADMISSION

#### December 18, 2006

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 31, 2008

Patricia A. Johnson
Chief Clerk