IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keefe, Bruyette & Woods, Inc., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No. 08-CV-1163 |
| | : (LAP) |
| Philadelphia Stock Exchange, Inc., | : |
| | : |
| | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Charles Rombeau on behalf of Defendant, Philadelphia Stock Exchange, Inc., in the above-captioned matter.

                        s/ Charles Rombeau
                    Charles Rombeau (CR 2186)
                    BALLARD SPAHR ANDREWS
                      & INGERSOLL, LLP
                    1735 Market Street, 51st Floor
                    Philadelphia, PA  19103
                    (215) 864 8319

Date:  February 25, 2008

                    Attorney for Defendant, Philadelphia Stock Exchange, Inc.

DMEAST #9987886 v1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this 25th day of February, 2008, true and correct copies of the foregoing ENTRY OF APPEARANCE were served by electronic notice via the Court's CM/ECF System and by First-Class Mail, postage pre-paid, upon the following:

Eric R. Levine
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212) 752-1000
Fax: (212)-355-4608
Email: elevine@eisemanlevine.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Jonathan Casillo Marquet
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212)-752-1000
Fax: (212)-355-4608
Email: jmarquet@ellklaw.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Dated: February 25, 2008                /s/ Charles Rombeau
                                        Charles Rombeau