**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
Keefe, Bruyette & Woods, Inc.,

                            Plaintiff,

                -against-                                          08 **CIVIL** 1163____ ( LAP )

Philadelphia Stock Exchange, Inc.,
                            Defendant.
------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒   *Attorney*

   ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        CR 2186
        _____

   ☐   I am a Pro Hac Vice attorney

   ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

   From: _____

   To: _____

   ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
        _____.

☐   *Address:*   Ballard Spahr Andrews & Ingersoll, LLP
                 1735 Market Street, 51st Floor, Philadelphia, PA 19103
☐   *Telephone Number:*   (215) 665-8500
☐   *Fax Number:*   (215) 864-9807
☐   *E-Mail Address:*   rombeauc@ballardspahr.com

Dated:  Feb. 25, 2008                           _____