LAW OFFICES

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
www.BALLARDSPAHR.COM

BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
LOS ANGELES, CA
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

CHARLES L. ROMBEAU
DIRECT DIAL: (215) 864-8319
PERSONAL FAX: (215) 864-9807
E-MAIL: ROMBEAUC@BALLARDSPAHR.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

February 25, 2008

**VIA FACSIMILE 212-805-7941**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

      Re:    *Keefe, Bruyette & Woods, Inc. v. Philadelphia Stock Exchange, Inc.*
             (Case No. 08-CV-1163) (LAP)

Dear Judge Preska:

      Defendant, Philadelphia Stock Exchange, Inc. kindly requests a thirty (30) day extension to its deadline to file an Answer to the Complaint in the above-referenced matter from Tuesday, February 26, 2008 to Monday, March 24, 2008. We have not previously requested an extension. Plaintiff's counsel has informed us that they consent to this request.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 27, 2008

Respectfully,

*/s/ Charles L. Rombeau*

Charles L. Rombeau

cc:    Eric R. Levine, Eiseman, Esq. (counsel for Plaintiff) (via facsimile)
        Jonathan Casillo Marquet, Esq. (counsel for Plaintiff) (via facsimile)

CLR/

DMEAST #9988574 v1