IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Keefe, Bruyette & Woods, Inc., :
:
      Plaintiff, :
:
v. : Case No. 08-CV-1163
: (LAP)
Philadelphia Stock Exchange, Inc., :
:
      Defendant. :
:

## DEFENDANT PHILADELPHIA STOCK EXCHANGE, INC.'S
## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles L. Rombeau, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Stephen J. Kastenberg, Esquire
    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
    1735 Market Street, 51st Floor
    Philadelphia, Pennsylvania 19103-7599
    Phone: (215) 665-8122
    Fax: (215) 864-9751

Stephen J. Kastenberg is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Stephen J. Kastenberg in any State or Federal court.

Date: March 17, 2008
Philadelphia, PA

                         Charles L. Rombeau (CR2186)
                         BALLARD SPAHR ANDREWS
                          &INGERSOLL, LLP
                         1735 Market Street, 51st Floor
                         Philadelphia, PA 19103
                         Phone: (215) 864-8319
                         Fax: (215) 864-9807

DMEAST #10001362 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keefe, Bruyette & Woods, Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Case No. 08-CV-1163 |
| : | (LAP) |
| Philadelphia Stock Exchange, Inc., : | |
| : | |
| : | |
| Defendant. : | |

## AFFIDAVIT OF CHARLES L. ROMBEAU
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

COMMONWEALTH OF PENNSYLVANIA   )
                                )  ss:
COUNTY OF PHILADELPHIA           )

Charles L. Rombeau, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Ballard Spahr Andrews & Ingersoll, LLP and counsel for Defendant, Philadelphia Stock Exchange, Inc., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Stephen J. Kastenberg as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and the Commonwealth of Pennsylvania, and I was admitted to practice law in New York in May 2005 and in Pennsylvania in May 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Stephen J. Kastenberg since February 2006.

4. Stephen J. Kastenberg is a Partner at Ballard Spahr Andrews & Ingersoll, LLP, in Philadelphia, Pennsylvania.

5. I have found Stephen J. Kastenberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stephen J. Kastenberg, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stephen J. Kastenberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Stephen J. Kastenberg, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: March 17, 2008
Philadelphia, Pennsylvania

_____
Charles L. Rombeau (CR2186)

Sworn to and subscribed to before

me this 17th day of March, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANNE P. MASSARO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 9, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keefe, Bruyette & Woods, Inc., | : |
| Plaintiff, | : |
| v. | : Case No. 08-CV-1163 |
| | : (LAP) |
| Philadelphia Stock Exchange, Inc., | : |
| Defendant. | : |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Charles L. Rombeau, attorney for Defendant, Philadelphia Stock Exchange, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Stephen J. Kastenberg, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
Phone: (215) 665-8122
Fax: (215) 864-9751

is admitted to practice pro hac vice as counsel for Defendant, Philadelphia Stock Exchange, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March ___, 2008
New York, New York

_____
J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this 17th day of March, 2008, a true and correct copy of the foregoing DEFENDANT PHILADELPHIA STOCK EXCHANGE, INC'S MOTION TO ADMIT COUNSEL PRO HAC VICE was served by First-Class Mail, postage pre-paid, upon the following:

Eric R. Levine
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212) 752-1000
Fax: (212)-355-4608
Email: elevine@eisemanlevine.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Jonathan Casillo Marquet
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212)-752-1000
Fax: (212)-355-4608
Email: jmarquet@ellklaw.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Dated:  March 17, 2008

Charles L. Rombeau



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Stephen J. Kastenberg, Esq.*

**DATE OF ADMISSION**

*December 17, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: March 14, 2008**

_____
John W. Person, Jr., Esq.
Deputy Prothonotary