IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/24/08*

| | |
|---|---|
| Keefe, Bruyette & Woods, Inc., | : |
| Plaintiff, | : |
| v. | : Case No. 08-CV-1163 |
| | : (LAP) |
| Philadelphia Stock Exchange, Inc., | : |
| Defendant. | : |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles L. Rombeau, attorney for Defendant, Philadelphia Stock Exchange, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Stephen J. Kastenberg, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
Phone: (215) 665-8122
Fax: (215) 864-9751

is admitted to practice pro hac vice as counsel for Defendant, Philadelphia Stock Exchange, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 21, 2008
New York, New York

_Loretta A. Preska_
J.