IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keefe, Bruyette & Woods, Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 08-CV-1163 |
| : | (LAP) |
| Philadelphia Stock Exchange, Inc., : | |
| : | |
| : | |
| Defendant. : | |

# DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Philadelphia Stock Exchange, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby provides its nongovernmental corporate party disclosure as follows:

1. Defendant, Philadelphia Stock Exchange, Inc., is a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

2. Defendant, Philadelphia Stock Exchange, Inc., does not have a parent corporation. The Nasdaq Stock Market, Inc., has entered into an Agreement And Plan of Merger with PHLX, dated November 6, 2007.

3. Merrill Lynch, Pierce, Fenner & Smith Incorporated (a subsidiary of Merrill Lynch & Co., Inc., a publicly held company) owns more than 10% of the stock of the Philadelphia Stock Exchange, Inc.

2

    4.  Morgan Stanley & Co. Incorporated (an affiliate of Morgan Stanley, a publicly held corporation) owns more than 10% of the stock of the Philadelphia Stock Exchange, Inc.


Date:  March 24, 2008                     /s/ Charles L. Rombeau
                                                      Charles L. Rombeau (CR 2186)
                                                      BALLARD SPAHR ANDREWS
                                                         & INGERSOLL, LLP
                                                      1735 Market Street, 51st Floor
                                                      Philadelphia, PA  19103
                                                      Phone:  (215) 864 8319
                                                      Fax:  (215) 864-9807

                                                      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on this 24th day of March, 2008, a true and correct copy of the foregoing DEFENDANT'S RULE 7.1 DISCLOSURE was served with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel for plaintiff:

Eric R. Levine
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212) 752-1000
Fax: (212)-355-4608
Email: elevine@eisemanlevine.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Jonathan Casillo Marquet
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212)-752-1000
Fax: (212)-355-4608
Email: jmarquet@ellklaw.com
**Attorney for Plaintiff, Keefe, Bruyette & Woods, Inc.**

Dated:  March 24, 2008                                         _/s/ Charles L. Rombeau_____