# EISEMAN LEVINE
## LEHRHAUPT & KAKOYIANNIS

A PROFESSIONAL CORPORATION

805 THIRD AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212) 752-1000
FACSIMILE (212) 355-4608

ELEVINE@EISEMANLEVINE.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

April 28, 2008

**BY FACSIMILE**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

    Re: *Keefe, Bruyette & Woods, Inc. v. Philadelphia Stock Exchange, Inc.*,
          Civil Action No. 08-CV-1163 (LAP)

Dear Judge Preska:

    We represent plaintiff in the above-referenced action and write to advise the Court that the parties have reached an agreement in principal to settle the action without further judicial involvement. We thank the Court for its courtesies in this matter and will dismiss the action upon the prompt completion of a written settlement agreement.

*[Handwritten: Counsel shall inform the Court by letter of the status of the action no later than May 23, 2008]*

Respectfully,

Eric R. Levine (EL 7677)

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc:  Stephen J. Kastenberg, Esq.
      Ballard Spahr Andrews & Ingersoll, LLP
      1735 Market Street, 51st Floor
      Philadelphia, Pennsylvania 19103-7599
      *Attorneys for defendant Philadelphia Stock Exchange, Inc.*

*April 29, 2008*