USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

PROSKO/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KEEFE, BRUYETTE & WOODS, INC.,

        Plaintiff,

-against-

PHILADELPHIA STOCK EXCHANGE, INC.,

        Defendant.

------------------------------------------------------------x

Case No. 08 CV 1163 (LAP)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action be and the same hereby is, discontinued without prejudice as to all parties and without costs to any party.

Dated: May 19, 2008

BALLARD SPAHR ANDREWS
& INGERSOLL

By: _____
Michael I. White (MW 2365)
1735 Market Street
Philadelphia, Pennsylvania 19103
(215) 864-8343
*Attorneys for Defendant*

EISEMAN, LEVINE, LEHRHAUPT
& KAKOYIANNIS

By: _____
Eric R. Levine (EL 7677)
805 Third Avenue
New York, New York 10022
(212) 752-1000
*Attorneys for Plaintiff*

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

May 22, 2008